# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Larry Dean Lowry ,

          Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                    3:12cv362

Sandra F. Thomas ,

          Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/19/2012 Order.

Signed: October 19, 2012

Frank G. Johns, Clerk
United States District Court